**IN THE UNTIED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VICENTE HERRERA,

      Plaintiff,

v.                                                                     11-CV-127 JEC/WDS

CITY OF ESPANOLA, JULIAN GONZALES,
CHIEF OF LAW ENFORCEMENT, JUSTIN
ROMERO, DETENTION OFFICER IN HIS
OFFICIAL AND INDIVIDUAL CAPACITY,
AND JOHN DOE, DETENTION OFFICER IN
HIS OFFICIAL AND INDIVIDUAL CAPACITY,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on U.S. Magistrate Judge Robert H. Scott's Proposed

Findings of Fact and Recommended Deposition ("Findings and Recommendation"), filed

October 4, 2012 (Doc. 36); Defendant Romero's Motion to Dismiss for Insufficient Process,

filed July 7, 2012 (Doc. 22); Defendants City of Espanola and Julian Gonzales's Motion for

Sanctions, filed July 16, 2012 (Doc. 23); and Plaintiff's Motion to Voluntarily Dismiss Federal

Claims and Request for Remand to State District Court, filed September 27, 2012 (Doc. 35).

None of the parties have timely objected to the Findings and Recommendation within the

deadline prescribed by 28 U.S.C. § 636(b)(1)(C). *See also* Order of Reference (Doc. 32).  The

Court, therefore, adopts the Findings and Recommendation in its entirety.[1]

---

[1]Not only has Plaintiff consented to dismissal of her Complaint by failing to respond to
the Motion for Sanctions and failing to object to Judge Scott's Finding and Recommendations,
but the factual circumstances in this case also warrant the sanction of dismissal. *See Meade v.*

WHEREFORE,

**IT IS ORDERED THAT:**

**I**.      U.S. Magistrate Judge Robert H. Scott's Findings and Recommendation, filed

October 4, 2012 (Doc. 36) is **ADOPTED**;

**II.**    Defendant Romero's Motion to Dismiss for Insufficient Process, filed July 7, 2012

(Doc. 22) is **GRANTED** and Plaintiff's Complaint against Romero is dismissed with prejudice;

**III.**   Defendants City of Espanola and Julian Gonzales's Motion for Sanctions, filed July

16, 2012 (Doc. 23), is **GRANTED** in that Plaintiff's Complaint is dismissed with prejudice, and

**DENIED** as to attorneys' fees and costs; and

**IV.**   Plaintiff's Motion to Voluntarily Dismiss Federal Claims and Request for Remand

to State District Court, filed September 27, 2012 (Doc. 35) is **DENIED** as moot.

Dated November 5, 2012.

_____

SENIOR UNITED STATES DISTRICT JUDGE

---

*Grubbs*, 841 F.2d 1512 (10th Cir. 1988).  As set forth in the Findings and Recommendation, Plaintiff has failed to maintain communication with the Defendants, failed to comply with the applicable rules of procedure, and failed to pursue this action over the past two years.  Dismissal is an appropriate action when "the aggravating factors outweigh the judicial system's strong predisposition to resolve causes on their merits." *Ehrenhaus v. Reynolds*, 965 F.2d 916, 918 (10th Cir. 1992).  The Court finds that the *Ehrenhaus* factors weigh in favor of dismissal of this case, in its entirety, with prejudice.

Attorney for Plaintiff:
      Yvonne K. Quintana
      Espanola, NM

Attorney for Defendants:
      Robert L. Cole
      Law Office of Robert Cole
      Albuquerque, NM